UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:04-cr-00357-MCE |
|---|---|
| Plaintiff, | No. 2:07-cr-00313-MCE |
| v. | |
| FAISAL RASHID, | **ORDER** |
| Defendant. | |

The Motion to Terminate Supervised Release filed by Defendant Faisal Rashid is hereby DENIED.

IT IS SO ORDERED.

DATED: May 17, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1